UNITED STATES DISTRICT COURT
*Western District of Tennessee*

| | |
|---|---|
| United States of America | **ORDER HOLDING PROBATIONER FOR REVOCATION HEARING** |
| v. | |
| **ANDRE POWELL** | Case Number:  01-20263-Ma |

On September 22, 2006, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. Cam Jones , AUSA, representing the government, and Richard Strong, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge Mays. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

s/Diane K. Vescovo
*United States Magistrate Judge*

*Date:  __September 22, ___, 2006*